Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DIMAS COLON-CRUZ | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-cv-642 |
| v. | |
| USA | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the motion to vacate the conviction under 28 U.S.C. § 2255 is DENIED; the petition in W.D.N.Y. Docket No. 22-cv-642 is DISMISSED.

| | |
|---|---|
| Date: May 23, 2024 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By: s/Donna<br>     Deputy Clerk |